

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of illicit liquor in a container to which no tax stamp was affixed is the offense; the punishment, a fine of $100.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**J. D. HAMPTON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28373.

Court of Criminal Appeals of Texas.

June 6, 1956.

**James Robert FOWLER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28362.

Court of Criminal Appeals of Texas.

June 6, 1956.